

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2019

No. 04-19-00273-CV

John M. **DONOHUE**,
Appellant

v.

**BANDERA COUNTY LAW ENFORCEMENT PERSONNEL**: Daniel R. Butts, J.J.
Martinez, Gerald Johnson, Rod Chalmers, D.J. Nowlin, Ernest Ferniz, Luis Moreno, Kim
Manglberger, Chris Ahumada, Shane Merritt, Jose Hernandez, Matt Hernandez, Birdie Tyler;
Boerne Police Department Personnel: Pablo Morales; San Antonio Police Department Personnel:
Perla Dominguez and Kevin Nakata; Denice Martinez and Martha L. Donohue
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-0000271
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellant filed a document in this court asking that we: (1) send a copy of his affidavit of inability to the court reporter; and (2) provide him with a copy of the clerk's record. The reporter's record is currently due in this court on June 3, 2019. The clerk's office of this court contacted the court reporter who advised she will be filing the reporter's record in this court before the June 3, 2019 due date without requiring payment from appellant. Based on the reporter's representation to this court, there is no need to provide the affidavit of indigence to the reporter, and we therefore **DENY AS MOOT** appellant's request that we do so. With regard to his second request, we **GRANT** appellant's request for a copy of the clerk's record and **ORDER** the clerk of this court to send a copy of the clerk's record to appellant.

We further **order** the clerk of this court to serve a copy of this order on appellant, all counsel, and the court reporter.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2019.



Keith E. Hottle,
Clerk of Court